**Eugene YATES, Petitioner,**

v.

**DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, United States Department of Labor; Virginia Pocahontas Coal Company, Respondents.**

No. 02–1249.

United States Court of Appeals, Fourth Circuit.

Submitted July 31, 2002.

Decided Aug. 15, 2002.

Eugene Yates, Petitioner Pro Se. Michelle Seyman Gerdano, Patricia May Nece, United States Department Of Labor, Washington, D.C.; Douglas Allan Smoot, Jackson & Kelly, Charleston, West Virginia; Kathy Lyn Snyder, Ashley Marie Harman, Jackson & Kelly, Morgantown, West Virginia, for Respondents.

Before WIDENER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Eugene Yates seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp. 2002). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Yates v. Virginia Pocahontas Coal Co.,* No. 01–555–BLA (B.R.B. Feb. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*